DARON MICHAEL OLIVER
(Name)

PO BOX 295
(Address)

ROCKLAND, ID 83271
(City, State, Zip)



**FILED**

JUN 2 5 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court
## Eastern District of California

DARON MICHAEL OLIVER _____ , )
)
(Enter full name of plaintiff in this action.) ) )
Plaintiff, ) Civil Case No. 2:18-CV-1809-KJM(DAPA) CMK
(To be supplied by Court Clerk)
v. )
DUANE SHELTON, )
TREVOR HATLEY, )  **Complaint under the**
SGT. MEL,  ) )  **Civil Rights Act**
GUARDS #1-10 BUTTE COUNTY. )  **42 U.S.C. § 1983**
(Enter full name of each defendant in this action.) )
Defendant(s). )
_____ )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
DAPO (DIVISON ADULT PAROLE OPERATION), BUTTE COUNTY AND STATE OF CALIFORNIA.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, DARON M OLIVER
(print Plaintiff's name)
, who presently resides at _PO BOX 295, ROCKLAND, ID 83271
, were violated by the actions of the below named individuals. The actions were directed against

Plaintiff at DEPT OF CORRECTION  CHICO PAROLE UNIT,

1370 RIDGEWOOD DR STE #14 95926, BUTTE COUNTY JAIL 33 COUNTY CENTER DR.

OROVILLE, CA 95965_ on (dates) 6/27/2017, 7/7/2017, and  7/21/2017.

(institution/place where violation oc          (Count 1)          (Count 2)          (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. Defendants:

Defendant DUANE SHELTON resides in BUTTE COUNTY,
                    (name)

and is employed as a ___PAROLE AGENT OF DAPO (DIVISON ADULT PAROLE OPERATION).
This defendant is sued in
                        (defendant's position/title (if any))

his/her individual/official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Officer Shelton consistently and persistently violated my civil and parolee rights along
with my rights as deaf man for effective communication.

Defendant TREVOR HATLEY resides in BUTTE COUNTY,
                    (name)                                                    (County of residence)

and is employed as a SUPERVISOR AT CHICO PAROLE UNIT. This defendant is sued in
                        (defendant's position/title (if any))

his/her individual/official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: He failed to provide a certified sign language interpreter and violated my civil rights and

denied my fiancée as power of attorney.

Defendant SGT MEL resides in BUTTE COUNTY,
        (name)                        (County of residence)

and is employed as a SUPERVISOR OF THE FLOOR OFFICERS. This defendant is sued in
his/her individual/official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: violated my prisoner rights by failing to provide me w/ medical care after being beaten to

concrete ground by guards, lost my glasses and then refused to provide new pair. Also neglected to

provide 3 square meals a day. Ignored my request for Kosher food diet.

Defendant _GUARDS #1-10 BUTTE COUNTY JAIL resides in BUTTE COUNTY,
                (name)                                        (County of residence)

and is employed as a BUTTE COUNTY JAIL , OROVILLE, CA 95965. This defendant is sued in
his/her individual/official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: __1-10 JOHN DOE guards attacked me, held my arms behind my back, slammed me to

concrete ground and yanked hard on my hair causing whiplash effect. Dragged me by my arms with

legs dragging behind up and down hallways at Butte County Jail. Laughed at me and complained, claimed I didn't require use of TDD phone to call my fiancée. No sign language interpreter provided.

§ 1983 SD Form(Rev. 8/15)                                        2

## C. Causes of Action

Count 1: The following civil right has been violated:___Right to Effective Communication -ADA
Law Title II, use of TDD phone and certified sign language interpreter.

Supporting Facts:

_____June 27, 2017 I was asked to go down there 1370 Ridgewood Dr. STE #14 at 8am (Chico
Parole Unit). They did not provide State Certified Sign Language Interpreter. I brought my power of
attorney with me and she was denied access to the back with me. I was interrogated and threatened
by Duane Shelton and Trevor Hatley (SUPERVISOR). I was then arrested by four parole officers
who cuffed my hands behind my back (didn't know why I was being arrested) and no sign language
interpreter was provide upon arrest. I was informed later by my fiancée, who saw and video recorded
my arrest outside, that my parole officer Duane Shelton read my Miranda Rights verbally while I
was face down on the ground and hands cuffed behind back.  No written copy was provided and no
sign language interpreter was provided so I never knew the Miranda Rights were even read to me
because I never heard it. After I was taken to Butte County Jail (6/27/2017), I was denied my right to
use TDD phone. I had to wait over a week to call my fiancée and then hey waited 2 days to honor
my request to use the TDD phone after 1st time.

Count 2: medical care

Supporting Facts:

On July 7, 2017 I was in excruciating pain and unable to walk after I was beaten by cell mate and guards. I was denied my rights to medical care and treatment. For the next several weeks, I submitted requests for medical care and was denied and ignored. I'd requested John Doe guard#1 for protection for my own safety because I was placed in a cell block with a violent, dangerous criminal, Mark Dwight. John Doe Guard#1 replied, "No! No! No!". I was not able to communicate and was concerned for my safety. I was bullied and then brutally attacked several times by cell mate (Mark Dwight), after that request, around 4 pm. Then, a few guards showed up, pulled Mark Dwight off me and then started beating me and throwing me around. There was no sign language interpreter and no one wrote down in English what was happening or why. I was beaten bad by the cell mate and worse by the guards. They dragged me out of the cell and down the hall. The guards threw me down, to the concrete ground, and pulled back hard on my hair and neck. After that, I was unable to see due to dizziness, feeling lightheaded, disorientation and my glasses were lost in the cell and never recovered. The left side of my body was numb and sore all over. My shoulders and neck were in excruciating pain rendering me unable to turn my head and forcing me to endure severe headaches.

Numerous times I'd requested help from #1-10 John Doe Jane Doe guards for medical treatment for my left side. I described the pains and paralysis on the left side of my body and neck but was still denied my right to medical care/treatment. My glasses were lost 7/7/2017 and was reported to SGT MEL I but was ignored.

It wasn't until I was released (July 24, 2017) that I was able to see an Optometrist and purchased a new pair of glasses (out of pocket) with no help, regard or concern from Sgt Mel, Butte County Jail. On July 26, 2017, my fiancée took me to the ER (Feather River Hospital, Paradise CA) since I was unable to get in to see my Dr at the time and was still limping and experiencing severe headaches as well as discomfort throughout my body. They took low back X-rays and CT Scan of neck. I discovered that I have bulging discs in my lumbar and my neck suffered a "whiplash-like effect" according to ER Nursing Staff.

To this day, June 18, 2018, I experience pains and discomfort in my neck, my legs and my low back. There are some days I have difficulty walking.

I have in my possession copies of several submitted requests for medical care.

Count 3: The following civil right has been violated: Dietary Needs (Kosher diet requested) and was only provided one meal most days.

_____

Supporting Facts:

Most days I was only given one meal. I had to wait to dinner time to eat no breakfast or lunch was provided. I submitted an official written request for a Kosher Diet and was ignored and denied. After waiting several days for my request to be acknowledged I then occasionally received one Kosher meal a day. The other foods made me ill: nauseous, scattered rashes throughout my body. This continued until my release on July 24, 2017. I have accumulated copies of several requests and keep them for my files.

_____

Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?    No.

If your answer is "Yes", describe each suit in the space belowParties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

(a) Name of the court and docket number: _____

_____.

(b) Disposition: _____

_____.

(c) Issues raised: _____