# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>DUANE SHELTON, et al.,<br><br>Defendants. | No. 2:18-CV-1809-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The initial scheduling conference currently set for November 28, 2018, before the undersigned in Redding, California, is hereby vacated pending resolution of defendants' motion to dismiss, which is set for hearing on January 9, 2019, at the United States District Court located at 2986 Bechelli Lane, Redding, California.

IT IS SO ORDERED.

Dated: November 1, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1