**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARON MICHAEL OLIVER, | No. 2:18-CV-1809-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DUANE SHELTON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendant's motion to dismiss (Doc. 22). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 9, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: January 2, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE