# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>DUANE SHELTON, et al.,<br><br>Defendants. | No. 2:18-CV-1809-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion for an extension of time to file a first amended complaint (ECF No. 32). Good cause appearing therefor, plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order. Plaintiff is cautioned that failure to comply may result in dismissal of the entire action. See Local Rule 110.

IT IS SO ORDERED.

Dated: May 23, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1