IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER, | No. 2:18-CV-1809-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DUANE SHELTON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. An initial status/scheduling conference pursuant to Federal Rule of Civil Procedure 26 is set for hearing before the undersigned in Sacramento, California, on July 12, 2019, at 10:00 a.m. The parties shall file scheduling conference statements consistent with the court's July 12, 2018, order no later than seven days prior to the hearing.

IT IS SO ORDERED.

Dated: June 17, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE