IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER, | No. 2:18-CV-1809-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DUANE SHELTON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On June 17, 2019, the court issued an order setting this matter for an initial scheduling conference on July 12, 2019, before the undersigned in Sacramento, California. See ECF No. 35. On June 18, 2019, defendants filed a motion to dismiss, which is set for hearing before the undersigned in Redding, California, on August 21, 2019, at 10:00 a.m. See ECF No. 38. On the court's own motion, and good cause appearing therefor, the initial scheduling conference set for July 12, 2019, in Sacramento, California, is vacated pending resolution of defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: June 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1