# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>DUANE SHELTON, et al.,<br><br>Defendants. | No. 2:18-CV-1809-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is plaintiff's motion for leave to proceed in forma pauperis on appeal. See ECF No. 49. Plaintiff's motion is denied as unnecessary because plaintiff's appeal has been dismissed for lack of jurisdiction. See ECF No. 52.

IT IS SO ORDERED.

Dated: February 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1