IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>DUANE SHELTON, et al.,<br><br>Defendants. | No. 2:18-CV-1809-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. A review of the docket reflects that Plaintiff has filed a third amended complaint as directed by the Court on January 21, 2021, and Defendants have filed an answer thereto. Given the continuing closure of the courthouses in this district to the public due to the ongoing pandemic, an initial status/scheduling conference shall be conducted on the papers. The parties shall meet and confer and file a joint scheduling report consistent with the court's July 12, 2018, order, ECF No. 5, within 30 days of the date of this order. Thereafter, the Court will issue a preliminary schedule for this case.

IT IS SO ORDERED.

Dated: February 24, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1