1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DARON MICHAEL OLIVER,                        No.  2:18-CV-1809-KJM-DMC

12                    Plaintiff,

13            v.                                                  <u>ORDER</u>

14    MELL,[1]

15                    Defendant.

16

17            Plaintiff, who is proceeding pro se, brings this civil action.  This action proceeds

18    on Plaintiff's third amended complaint filed on February 1, 2020.  <u>See</u> ECF No. 59.  Plaintiff no

19    longer names as defendants T. Hatley or D. Shelton.  <u>See</u> <u>id.</u>

20    / / /

21    / / /

22

23            [1]        Defendant has been variously named throughout this action.  In the original
      complaint, Plaintiff listed "Sgt. Mel."  ECF No. 1, pg. 1.  In his answer to the original complaint,
      Defendant states his name is "David Mell."  ECF No. 18, pg. 1.  In his first and second amended
24    complaint, Plaintiff again lists Defendant's name as "Sgt. Mel."  ECF Nos. 34, pg. 1, and 36, pg.
      1.  In his third amended complaint, Plaintiff names the defendant as "Sgt. David Melboure."  ECF
25    No. 40, pg. 1.  In the operative amended complaint, filed on February 1, 2021, pursuant to the
      District Judge's January 21, 2021, order, Plaintiff states the only named defendant is "David
26    Melborue."  ECF No. 59, pg. 1.  Defendant's answer to the operative amended complaint states
      his name is "David Mell."  ECF No. 60, pg. 1.  The Court will presume, until informed by
27    Plaintiff otherwise, that his various spellings refer to the same individual – David Mell.  The
      Clerk of the Court will be directed to update the docket to reflect the spelling of Defendant's
28    name as indicated in his most recent answer at ECF No. 60.

                                                        1

1    As a general rule, an amended complaint supersedes the original complaint. <u>See</u>

2   <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1262 (9th Cir. 1992).  Therefore, if Plaintiff amends the

3   complaint, the Court cannot refer to the prior pleading in order to make Plaintiff's amended

4   complaint complete.  <u>See</u> Local Rule 220.  An amended complaint must be complete in itself

5   without reference to any prior pleading.  <u>See</u> <u>id.</u>  Here, the third amended complaint no longer

6   names as defendants T. Hatley or D. Shelton.  Any claims Plaintiff had previously asserted

7   against these individuals are, therefore, abandoned.  This action shall proceed on the third

8   amended complaint against Defendant Mell only.

9    Accordingly, IT IS HEREBY ORDERED that:

10    1.    The Clerk of the Court is directed to terminate "T. Hatley," "Trevor

11   Hatley," "D. Shelton," and "Duane Shelton" as defendants to this action because they are no

12   longer named in the operative amended complaint;

13    2.    The Clerk of the Court is directed to update the docket to reflect that this

14   action proceeds against Defendant "David Mell" only; and

15    3.    The motion to dismiss, ECF No. 61, filed by T. Hatley and D. Shelton is

16   denied as unnecessary because Plaintiff no longer names those individuals as defendants to this

17   action.

18

19

20   Dated:  February 25, 2021

21    _____
    DENNIS M. COTA
22    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2