IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER, | No. 2:18-CV-1809-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MEL, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 67, for leave to file a fourth amended complaint. Plaintiff seeks leave to amend in order to name defendants who were named in the second amended complaint – Hatley and Shelton – but who were inadvertently not named in the operative third amended complaint. No opposition to Plaintiff's motion has been filed. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff may file a fourth amended complaint within 30 days of the date of this order. If Plaintiff does not file his fourth amended complaint within this

/ / /
/ / /
/ / /
/ / /
/ / /

time period, the action shall proceed on the third amended complaint, ECF No. 59, as against Defendant Mel only.

          IT IS SO ORDERED.

Dated:  August 24, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE