IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>        Plaintiff,<br><br>   v.<br><br>MEL,<br><br>        Defendant. | No. 2:18-CV-1809-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is hereby set for an initial scheduling conference on October 19, 2022, at 10:00 a.m., before the undersigned in Redding, California. On or before October 12, 2022, the parties shall file a joint scheduling conference statement consistent with the Court's July 12, 2018, order, ECF No. 5.

     IT IS SO ORDERED.

Dated: August 15, 2022

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE