IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEL,<br><br>　　　　　Defendant. | No. 2:18-CV-1809-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set for October 19, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated. The Court will issue a schedule for this case based on the parties' joint scheduling report filed on October 5, 2022. Plaintiff's request to appear remotely and for an American Sign Language interpreter, ECF No. 84, is denied as unnecessary.

　　　　IT IS SO ORDERED.

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1