1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DARON MICHAEL OLIVER,                    No.  2:18-CV-1809-KJM-DMC

12                  Plaintiff,

13           v.                                 ORDER

14     MEL,

15                  Defendant.

16

17            Plaintiff, who is proceeding pro se, brings this civil action.  The matter has been

18     submitted for issuance of a pre-trial schedule on the papers without a hearing.  Upon

19     consideration of the joint status report on file in this action and good cause appearing therefor, the

20     Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

21            Accordingly, IT IS HEREBY ORDERED that:

22            1.     Jurisdiction and venue are not contested.

23            2.     No further joinder of parties or amendments to the pleadings is permitted

24     without stipulation or leave of Court for good cause shown.

25            3.     The parties are advised that they may, if all consent, have the matter re-

26     assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge.

27     Given the extraordinary back-log of civil cases in this district, coupled with the shortage of

28     District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter

1

could be set for trial before the assigned District Judge at any time within the next two years.  A trial before the District Judge within the next three years is also unlikely.  The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction.  Any jury trial by consent to the undersigned would be conducted in Sacramento, California.  The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4.    The Court sets the following pre-trial schedule for this litigation:

Initial Disclosures: The parties are directed to exchange initial disclosures on or before **December 1, 2022**.

Non-Expert Discovery: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **July 14, 2023**.

Expert Witness Designations: The parties shall exchange initial lists of expert witnesses no later than **September 15, 2023**.  The parties shall exchange lists of rebuttal expert witnesses no later than **October 20, 2023**.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

Expert Discovery: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **December 22, 2023**.

Dispositive Motions: All dispositive motions shall be noticed to be heard by **February 10, 2024**.

Duty to Supplement: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

5.    The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  November 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2