IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>        Plaintiff,<br><br>  v.<br><br>MEL,<br><br>        Defendant. | No. 2:18-CV-1809-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 87, for an extension of time to serve initial disclosures. Plaintiff's motion is denied without prejudice because he does not state any reasons for granting an extension, nor does Plaintiff indicate the amount of additional time needed. Plaintiff may re-file his motion accompanied by a declaration showing cause for an extension of time. Alternatively, Plaintiff may seek a brief continuance of the deadline by reaching a stipulation with the Defendant's counsel.

       IT IS SO ORDERED.

Dated:  December 9, 2022

                                     _____
                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE