Daron michael oliver

353 old Emmett road

Horseshoe bend Idaho

83629

**FILED**

JUN 2 3 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of Eastern Disrict of California

plaintiff Daron michael oliver                                    #2:18-cv-01809

     v.

defendants David Melbourne Sgt floor officer

 John does #1-10 deputy jail guards

Dear supposedly new United States federal district judge Daniel J. Calabretta it may be a honor to have you retain this case under 2:18-cv-01809 which I am hoping a reasonable honorable judge to make sure that the case would be handle professional manner in the coming days.

Since last hearing such disposition hearing back in march last week of that month of this year 2023 in boise downtown regarding defendants attorney with admission related excessive force or police brutality in the district of butte county and state of calfironia.

I am afraid which I haven't heard from them since the disposition hearing back on march 2023.

To be frankly they refused to disclosure the angles of torture room video and everything which 29 days from June 28 2017 til july 27 2017 which they wouldn't want to exposure their corruption operations or racketeer prison industry.

I highly doubt to accept their settlement according to solves the litigation which I filed and to proclaim their unjustified law of the land which we be sure that no government would have any constitute to inflict and control the human rights with criminal rights to rules the innocent beings.

Either if we are gay or not but not to rule over anything but nothing would set us free in the end.

I request pre trail conference settlement in case of their interest or the rule of evidence produces to take to next level.

daron michael oliver

Name

June 20 2023

date

sign

date of birth June 28 1980