IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEL,<br><br>　　　　Defendant. | No. 2:18-CV-1809-DJC-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff motion, ECF No. 90, for a pre-trial settlement conference. Defendant is directed to file a response to Plaintiff's motion within 14 days of the date of this order.

　　　　IT IS SO ORDERED.

Dated: September 22, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1