IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON MICHAEL OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>MEL,<br><br>    Defendant. | No. 2:18-CV-1809-DJC-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff motion, ECF No. 90, for a pre-trial settlement conference. Defendant has filed a response, ECF No. 93, indicating he is not amenable to a settlement conference at this time.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, ECF No. 90, is DENIED.

Dated: October 12, 2023

                                           DENNIS M. COTA
                                           UNITED STATES MAGISTRATE JUDGE