## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DARON MICHAEL OLIVER,**

CASE NO: **2:18–CV–01809–DJC–DMC**

v.

**MEL, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/16/2024**

**Keith Holland**
Clerk of Court

ENTERED: **September 16, 2024**

by: /s/ A. Woodson
Deputy Clerk